UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YAJAIRA VELAZQUEZ, on behalf of herself and FLSA Collective Plaintiffs,<br><br>Plaintiff,<br><br>v.<br><br>YOH SERVICES, LLC, CNBC, INC., CNBC, LLC, NBCUNIVERSAL MEDIA, LLC, BRENDA GUZMAN, individually and in her official capacity, MARY DUFFY, individually and in her official capacity, JOHN AND JANE DOES 1-10, individually and in their official capacities, XYZ CORP. 1-10,<br><br>Defendants. | Civil Action No. 1:17-cv-00842<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Enforce the Settlement and for Attorneys' Fees, the Declaration of Sam S. Shaulson, and the exhibits thereto, Defendants NBCUniversal Media, LLC, CNBC, LLC (f/k/a CNBC, Inc.) and Yoh Services, LLC will move this honorable Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on such date and at such time as the Court designates, for an Order enforcing the parties' settlement agreement, ordering Plaintiff and/or her counsel to pay Defendants' attorneys' fees arising from the enforcement of the settlement, and granting any other relief as the Court may deem proper.

Dated: June 20, 2017
    New York, New York

Respectfully submitted,
MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Sam S. Shaulson*

Sam S. Shaulson
101 Park Avenue
New York, NY 10178
Tel: (212) 309-6000
Fax: (212) 309-6001
sam.shaulson@morganlewis.com

Michael J. Puma
Eric C. Kim
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001

*Attorneys for Defendants CNBC, LLC, (f/k/a CNBC, Inc.), NBCUniversal Media, LLC, Brenda Guzman, and Mary Duffy*

LITTLER MENDELSON, P.C.
Kimberly J. Gost
Paul C. Lantis
Three Parkway
1601 Cherry St., Suite 1400
Philadelphia, PA 19102
Tel: 267.402.3007
kgost@littler.com

Maria Caceres-Boneau
900 Third Avenue
New York, NY 10022
Tel: 212.497.6853
mboneau@littler.com

*Attorneys for Defendant Yoh Services, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served, by ECF, a true and correct copy of Defendants NBCUniversal Media, LLC, CNBC, LLC (f/k/a CNBC, Inc.) (collectively, "CNBC") and Yoh Services, LLC ("Yoh") Motion to Enforce the Settlement and for Attorneys' Fees, Memorandum of Law In Support thereof, and Declaration of Samuel Shaulson with exhibits on this 20th day of June, 2017, on:

>Ambrose Wotorson, Jr., Esq.
>Law Offices of Ambrose Wotorson, P.C.
>26 Court Street, Suite 1811
>New York, NY 11242
>
>Rudy Dermesropian, Esq.
>45 Broadway, Suite 1420
>New York, NY 10006

>/s/ Sam S. Shaulson
>Sam S. Shaulson