# EXHIBIT 3

**From:** "Shaulson, Samuel S." <sam.shaulson@morganlewis.com>
**Date:** June 15, 2017 at 10:59:26 AM EDT
**To:** Ambrose Wotorson <loaww1650@aol.com>
**Cc:** "KGost@littler.com" <KGost@littler.com>, "Steve@tbulaw.com" <Steve@tbulaw.com>, "Rudy A. Dermesropian" <rad@dermesropianlaw.com>
**Subject: Valezquez**

Ambrose:

I have not heard from you since my last email, and you have not moved to amend the Complaint as you said your client intended.  Hopefully, after reviewing the situation, you and your client have decided to abide by the agreement that was reached.  Please let me know by close of business tomorrow whether this is the case or whether your client intends to try to pursue this matter in violation of the settlement.  Unless you indicate by then that your client will abide by the settlement, we'll need to begin drafting a motion to enforce it and to recover all fees associated with enforcement for breach of the agreement and pursuant to 29 U.S.C. Section 1927 and the Court's inherent authority.  We hope that won't be necessary, and we look forward to hearing from you.

Thanks,
Sam