**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
YAJAIRA VELAZQUEZ,

                Plaintiff,

-against-

YOH SERVICES, LLC, CNBC, INC., CNBC, LLC, NBCUNIVERSAL MEDIA, LLC, BRENDA GUZMAN, individually and in her individual capacity, JOHN AND JANE DOES 1-10, individually and in their official capacities, XYZ CORP. 1-10,

                Defendants.
-----------------------------------------------------------X



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/18/19

17 **CIVIL** 842 (CM)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 15, 2019, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

Dated:  New York, New York
         March 18, 2019

                                            **RUBY J. KRAJICK**
                                               **Clerk of Court**

                        **BY:**
                                               *K. Mango*
                                               **Deputy Clerk**