UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

YAJAIRA VELAZQUEZ,

                Plaintiff,      **NOTICE OF APPEAL**
                                        17-Civ-842 (CM)

—Against—

YOH SERICES, LLC, CNBC, INC., CNBC, LLC,
NBCUNIVERSAL MEDIA, LLC, BRENDA
GUZMAN, *individually and in her individual
Capacity,* JOHN AND JANE DOES 1 – 10.
*Individually and in their official capacities,*
XYZ CORP. 1-10,

                Defendants.
———————————————————————X

**PLEASE TAKE NOTICE** that Plaintiff, YAJAIRA VELAZQUEZ, hereby appeals to the United States Court of Appeals for the Second Circuit, from the Decision and Order of Honorable Judge McMahon, U.S.D.J. regarding defendants' Motion for Summary Judgment, herein dated March 15, 2019, and entered on March 18, 2019. This appeal is taken from each and every part of said Decision and Order as well as from the whole thereof.

Dated:      New York, New York
              April 16, 2019

                                                Respectfully Submitted,
                                                ***Ambrose Wotorson***
                                                Law Office of Ambrose Wotorson
                                                225 Broadway, 41st Floor
                                                New York, New York 1007
                                                646-242-3227
                                                609-598-0567 (Cellular)
                                                Loaww1650@aol.com
                                                Counsel for Plaintiff

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

YAJAIRA VELAZQUEZ,

                Plaintiff,

-against-

YOH SERVICES, LLC, CNBC, INC., CNBC, LLC,
NBCUNIVERSAL MEDIA, LLC, BRENDA
GUZMAN, individually and in her individual
capacity, JOHN AND JANE DOES 1-10,
individually and in their official capacities,
XYZ CORP. 1-10,

                Defendants.

-----------------------------------------------------------X



17 **CIVIL** 842 (CM)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 15, 2019, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

Dated: New York, New York
        March 18, 2019

                                                RUBY J. KRAJICK

                                                  **Clerk of Court**

BY:

                                                  **Deputy Clerk**

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 3/15/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

――――――――――――――――――――――x

YAJAIRA VELAZQUEZ,

                 Plaintiff,

   -against-                                   17 Civ. 842 (CM)

YOH SERVICES, LLC, CNBC, INC., CNBC, LLC,
NBCUNIVERSAL MEDIA, LLC, BRENDA
GUZMAN, individually and in her individual
capacity, JOHN AND JANE DOES 1–10,
individually and in their official capacities, XYZ
CORP. 1–10,

                 Defendants.

――――――――――――――――――――――x

## MEMORANDUM DECISION AND ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

McMahon, C.J.:

    Plaintiff Yajaira Velazquez ("Plaintiff" or "Velazquez") brought this action against her former employer Yoh Services, LLC ("Yoh"), who hired her to provide hair and makeup services to on-air talent at the cable television network CNBC. Plaintiff also named as Defendants two of CNBC's operators, CNBC, LLC f/k/a CNBC, Inc. and NBCUniversal Media, LLC, and two supervisors at CNBC, Mary Duffy and Brenda Guzman. Plaintiff brings claims against all five Defendants for: (1) overtime wages and retaliation pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 *et seq.*; (2) overtime wages, retaliation, recordkeeping violations, and failure to provide itemized wage statements, pursuant to the New York Labor Law ("NYLL"), N.Y. Lab. L. §§ 190 *et seq.*; (3) race, color, and national origin

1